U.S. DISTRICT JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAIME P. RITTER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | CIVIL NO. 2:21-cv-01026-RAJ<br><br>ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion For Attorneys Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney David P. Oliver is awarded a gross attorney's fee of **$7,492.50** pursuant to 42 U.S.C. § 406(b), reduced by the Administrative fees of **$5,887.00** that

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [-field MERGEFIELD F494 «F494»] - 1

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

previously were awarded, leaving a net fee of **$1,605.50**. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of **$1,605.50,** minus any applicable processing fees as allowed by statute.

DATED this 13th day of October, 2023.

*/s/ Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [-field MERGEFIELD F494 «F494»] - 2

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055